**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JAMES GREGORY**                                                      **PLAINTIFF**

**v.**                         **CASE NO. 3:11CV00266 BSM**

**STATE OF ARKANSAS et al.**                                       **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 7] have been reviewed. There were no objections filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff James Gregory's complaint [Doc. No. 2] should be dismissed without prejudice.

2. It is certified that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 16th day of April 2012.

                                                                                     _____
                                                                         UNITED STATES DISTRICT JUDGE