IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES GREGORY**                                                                                     **PLAINTIFF**

**v.**                           **CASE NO. 3:11CV00266 BSM**

**STATE OF ARKANSAS et al.**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice. Further, an *informa pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

Dated this 16th day of April 2012.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE